[Civ. No. 12396.   Second Appellate District, Division One.—August 15, 1939.]

MAURICE E. ATKINSON, Petitioner, v. EARL WARREN, as Attorney-General, etc., Respondent.

Smith, Peek & Aspey and Bartlett & Kearney for Petitioner.

THE COURT.— The petition is denied for the reason that the facts alleged therein are insufficient to justify the issuance of a writ of mandate in accordance with the prayer of the petition.

White, J., was in favor of the issuance of said writ.